IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-0175-CR-W-GAF |
| | ) | |
| ROBERT D. LUNSFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Second Motion to Dismiss Indictment (Doc. #29). On February 28, 2012, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #37). On March 1, 2012, defendant filed his Objections to the Report and Recommendation (Doc. #40).

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays. Accordingly, it is hereby ORDERED that defendant's Second Motion to Dismiss Indictment (Doc. #29) is OVERRULED and DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　__s/ Gary A. Fenner, Judge_____
　　　　　　　　　　　　　　　　　　　　　GARY A. FENNER, JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: March 8, 2012